v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7097.**

United States Court of Appeals, Federal Circuit.

July 14, 2008.

**Oliver N. HEATH, Sr., Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7112.**

United States Court of Appeals, Federal Circuit.

July 15, 2008.

ON MOTION

*ORDER*

Upon consideration of Oliver N. Heath, Sr.'s failure to respond to the court's February 29, 2008 order directing him to show cause why his appeal should not be dismissed,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.